UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

TAPPO OF BUFFALO, LLC  and TAPPO
PIZZA, LLC, individually and on behalf of
all others similarly situated,

                    Case No.: 20-cv-00754

                Plaintiffs,

v.

ERIE INSURANCE COMPANY,

                Defendant.

---

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Tappo of Buffalo,

LLC and Tappo Pizza, LLC hereby state that they have no parent corporation, and no publicly

held corporation owns 10% or more of its stock.


Dated: July 21, 2020
       Buffalo, New York


                            /s/Jeffrey F. Reina_____
                            Jeffrey F. Reina, Esq.
                            Lipsitz Green Scime Cambria, LLP
                            *Attorneys for Plaintiffs*
                            42 Delaware Avenue, Suite 120
                            Buffalo, New York 14202
                            (716) 849-1333
                            jreina@lglaw.com